Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Michael J Lewis
414 Gates Street
Elburn, IL 60119
SSN: xxx−xx−3290 EIN: N.A.

Case No. :  18−18714
Chapter :   13
Judge :     Janet S. Baer

Emily L Lewis
414 Gates Street
Elburn, IL 60119
SSN: xxx−xx−8750 EIN: N.A.

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient. **Include the case number and debtor name on all documents.**

☐ Photo ID for Debtor 1

☐ Photo ID for Debtor 2

☐ Photo ID for Runner

☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF

☐ Statement About Your Social Security Numbers

☐ List of Name and Addresses of All Creditors/Creditor Matrix

☐ Application for Individual to Pay the Filing Fee in Installments/Orders

☐ Certification of Relatedness (applicable to related cases)

☑ Fees Due

☐ Notice of Motion and Motion for Waiver of Credit Counseling

☐ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition

☐ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re−file as Amended

☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re−file as Amended

☐ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re−file as Amended

For additional information, please access the United States Court's website at http://www.uscourts.gov/forms/bankruptcy−forms/required−lists−schedules−statements−and−fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312−408−5000.

Dated: July 2, 2018

FOR THE COURT
Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael J Lewis
Emily L Lewis
    Debtors

Case No. 18-18714-JSB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cmendoza1     Page 1 of 1     Date Rcvd: Jul 02, 2018
                     Form ID: def     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db/jdb       +Michael J Lewis,    Emily L Lewis,    414 Gates Street,    Elburn, IL 60119-8223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
      David H Cutler    on behalf of Debtor 2 Emily L Lewis cutlerfilings@gmail.com, r48280@notify.bestcase.com
      David H Cutler    on behalf of Debtor 1 Michael J Lewis cutlerfilings@gmail.com, r48280@notify.bestcase.com
      Glenn B Stearns     stearns_g@lisle13.com
      Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                        TOTAL: 4